IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:24-CV-015-RJC-DCK

| COLBY PEOPLES, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The parties filed a "Notice Of Settlement" (Document No. 7) on March 11, 2024, notifying the Court that the parties had reached a settlement. The Court commends counsel and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **May 10, 2024**.

**SO ORDERED**.

Signed: March 11, 2024

David C. Keesler
United States Magistrate Judge